IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHARLES RALPH BRACCIODIETA,

    Petitioner,                       JUDGMENT IN A CIVIL CASE

v.                                   Case No. 12-cv-325-wmc

LIZZIE TEGELS, WARDEN,
New Lisbon Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Charles Ralph Bracciodieta for a writ of habeas corpus under 28 U.S.C. § 2241 without prejudice.

    *s/ Peter Oppeneer*                           2/27/2013
    Peter Oppeneer, Clerk of Court            Date